ORIGINAL

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

MAY 23 2017
United States Court of Appeals
District of Columbia Circuit

AMERIJET INTERNATIONAL, INC.,

Petitioner,

v. CASE NO. 17-1134

HUBAN A. GOWADIA, in her official capacity as Acting Administrator of the TRANSPORTATION SECURITY ADMINISTRATION,

Respondent.

______________________________/

## PETITION FOR REVIEW OF AGENCY ORDERS

Notice is hereby given that Petitioner Amerijet International, Inc., by and through undersigned counsel, hereby petitions the United States Court of Appeals for the District of Columbia Circuit pursuant to 49 U.S.C. § 46110(a) for review of three Orders of the Respondent Transportation Security Administration ("TSA"), specifically (1) the attached April 19, 2017 Order denying approval to Petitioner regarding application of certain security measures at Port-au-Prince, Haiti, (2) the attached April 21, 2017 Order denying approval to Petitioner regarding application of certain security measures at Fort-de-France, Martinique, and (3) the attached April 21, 2017 Order granting "conditional approval" only regarding application of certain security measures at Pointe-a-Pitre, Guardeloupe. **Pursuant to 49 U.S.C. §**



ORIGINAL

**114, the attached Orders have been designated by TSA as Sensitive Security Information ("SSI") and are therefore labeled accordingly and are submitted under seal.**

Dated: May 22, 2017.

Respectfully submitted,

AMERIJET INTERNATIONAL, INC.
2800 South Andrews Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 320-5367
Facsimile: (305) 423-3246

By: Joan Canny
JOAN CANNY
Senior Vice President and General Counsel
U.S. Court of Appeals for the
District of Columbia Bar No. 52071
jcanny@amerijet.com

*Attorney for Petitioner*